IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KORRIE SMYRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 13-387-SLR/MPT |
| | ) |
| JASON AMARAL, JOYCE JOHNSON, | ) |
| LEROY WILLIAMS, and | ) |
| MHM SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 19th day of July, 2013, having considered the Report and Recommendation of Chief United States Magistrate Judge May Pat Thynge issued on June 28, 2013, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that Chief United States Magistrate Judge Thynge's Report and Recommendation (D.I. 29)[1] is adopted.

_____
United States District Judge

---

[1] Specifically referenced in the Report and Recommendation at page 32. (D.I. 29)